**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| MARY BUTLER, ADMINISTRATOR OF THE ESTATE OF HOWARD BUTLER | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 3:04CV00185(HTW)(JCS) |
| CITY OF MCCOMB, MISSISSIPPI | DEFENDANT |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiff's claims in the above-titled action against Defendant, the City of McComb, Mississippi, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 27th day of August, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Charles E. Miller
CHARLES E. MILLER
ANGLENETTA MILLER

/s/ Saundra Brown Strong
W. THOMAS SILER, JR.
SAUNDRA BROWN STRONG

JO.99356164.1